ORIGINAL

FILED

03/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0095



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0095 & DA 21-0111

FILED

MAR 2 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

KU,

    Plaintiff and Appellant,

v.

GREAT FALLS PUBLIC LIBRARY,

    Defendant and Appellee.

### SECOND
### ORDER OF MEDIATOR APPOINTMENT

    This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

    On March 22, 2021, J. David Slovak was appointed as Mediator. He has since informed this office that he must decline the appointment.

    ACCORDINGLY, the appointment of Mr. Slovak is rescinded, and: IT IS ORDERED THAT **J BRIAN BULGER,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

    IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

    A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

    DATED this 25th day of March, 2021.

                                      Bowen Greenwood,
                                    Clerk of the Supreme Court

c:    J. David Slovak, J. Brian Bulger, Jada Ku, Jordan Crosby